UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS S...
DOCU...
ELECTRONICALLY FILED
DOC #: ____
DATE ____ 6/29/11
```

INVENTIO AG,

            Plaintiff,

-against-

OTIS ELEVATOR COMPANY,

            Defendant.

Civil Action No.: 06-CV-05377 (CM) (THK)

MEMO ENDORSED

### INVENTIO AG'S NOTICE OF MOTION FOR RECONSIDERATION OF COURT'S JUNE 24, 2011 ORDER GRANTING OTIS'S MOTION *IN LIMINE* NO. 6

6/28/2011

The motion is DENIED. My reasoning is set forth in my decision and all you are doing is motion the same argument again. There is no evidence in the record that ever created all or even a substantial part of the patent component parts. The evidence is simply not there.

PLEASE TAKE NOTICE that Plaintiff Inventio AG ("Inventio") will and hereby does move this Court, before the Honorable Colleen McMahon, United States District Judge, at the United States Courthouse, located at 500 Pearl Street, Courtroom 14C, New York, New York 10007, for reconsideration of the Court's June 24, 2011 Order granting Otis's Motion *in limine* No. 6 on the entire market value rule.

Inventio bases the motion on this notice and the concurrently filed memorandum of points and authorities.

Dated: June 27, 2011

                              Respectfully submitted,

                              /s/ Jon W. Gurka
                              Joseph R. Re
                              Jon W. Gurka
                              Joseph S. Cianfrani
                              Reza Mirzaie
                              Cheryl T. Burgess
                              Knobbe Martens Olson & Bear LLP
                              2040 Main Street, 14th Floor
                              Irvine, CA 92614-3641
                              Tel.: (949) 760-0404
                              Fax: (949) 760-9502

                              Richard Lehv
                              Alexander L. Greenberg
                              FROSS ZELNICK LEHRMAN & ZISSU, P.C.
                              866 United Nations Plaza
                              New York, NY 10017
                              Tel: (212) 813-5900
                              Fax: (212) 813-5901
                              *Attorneys for Plaintiff*
                              INVENTIO AG

10954703