# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INVENTIO AG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 06-CV-05377 (CM) |
| ) | |
| OTIS ELEVATOR COMPANY, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT OTIS ELEVATOR COMPANY'S NOTICE OF RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW

PLEASE TAKE NOTICE that upon the annexed memorandum, and all prior pleadings and proceedings, defendant Otis Elevator Company, by its attorneys, Leader & Berkon LLP and Bartlit Beck Herman Palenchar & Scott LLP, will move this Court, before the Honorable Colleen McMahon, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, located at 500 Pearl Street, Courtroom 14C, New York, New York 10007, on a date to be determined by the Court, for judgment as a matter of law, and for such other and further relief as this Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that answering and reply papers must be served in accordance with the Individual Practices of Judge McMahon.

| | |
|---|---|
| Dated: October 11, 2011 | By:   /s/Andrew C. Baak<br>Andrew C. Baak |
| James K. Leader (JL 9417)<br>S. Alyssa Young (SY 6105)<br>Michael T. Tiffany (MT 9367)<br>LEADER & BERKON LLP<br>630 Third Avenue<br>New York, NY  10017<br>Tel: 212-486-2400<br>Fax: 212-486-3099 | Mark L. Levine<br>Sean W. Gallagher<br>Andrew C. Baak<br>Stephen J. Cowen<br>Katherine G. Minarik<br>BARTLIT BECK HERMAN<br>PALENCHAR & SCOTT LLP<br>54 W. Hubbard Street, Suite 300<br>Chicago, IL  60654<br>Tel: 312-494-4400<br>Fax: 312-494-4440 |

*Attorneys for Defendant Otis Elevator Company*

## CERTIFICATE OF SERVICE

I, Andrew C. Baak, Esq., hereby certify that on October 11, 2011, a true and correct copy of the foregoing **DEFENDANT OTIS ELEVATOR COMPANY'S NOTICE OF RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW** was electronically filed and served on the following parties via email and overnight delivery:

>Richard Z. Lehv
>Alexander L. Greenberg
>Fross Zelnick Lehrman & Zissu, P.C.
>866 United Nations Plaza
>New York, NY 10017
>Tel: (212) 813-5900
>Fax: (212) 813-5901
>
>Joseph R. Re
>Jon W. Gurka
>Joseph S. Cianfrani
>Cheryl T. Burgess
>Knobbe, Martens, Olson & Bear, LLP
>2040 Main Street, Fourteenth Floor
>Irvine, CA 92614
>Tel: (949) 760-0404
>Fax: (949) 760-9502
>
>*Attorneys for Plaintiff*
>*Inventio AG*

By:   /s/ Andrew C. Baak
          Andrew C. Baak